# EXHIBIT A

8/10/2021 Case 4:21-cv-00631 Document 1-1 Filed 08/10/21 Page 2 of 8 PageID #: 8
https://justice1.dentoncounty.gov/AttorneyPA/CaseDetail.aspx?CaseID=2838511

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back     Location : 362nd Judicial District Court   Images Help

# REGISTER OF ACTIONS
## CASE NO. 21-6417-362

| | | |
|---|---|---|
| Mr. Michael Moates v Lone Star College System, Dr. Hrisafia Bekiaris, Dr. Jess Kelly, and Leslieann Thomas | § § § § § § | Case Type: Injury/Damages - Not Motor Vehicle<br>Date Filed: 07/29/2021<br>Location: 362nd Judicial District Court<br>Judicial Officer: McFarling, Bruce<br>File Custody/Location: District Clerk's Office |

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | Allen, Dr. Christopher | |
| **Defendant** | Bekiaris, Dr. Hrisafia | |
| **Defendant** | Guevara, Alicia | |
| **Defendant** | Kelly, Dr. Jess | |
| **Defendant** | Lone Star College System | |
| **Defendant** | Thomas, Leslieann | |
| **Plaintiff** | Moates, Michael | Pro Se |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

07/29/2021 **Original Petition/Application**
  Filing Party: Moates, Michael
07/29/2021 **Statement of Inability to Afford Pmt of Court Costs**
  Party: Moates, Michael
07/29/2021 **Jury fee paid**
  (This entry only represents the payment of the jury fee - not a document filed with the clerk.)
08/02/2021 **Request for Issuance of**
08/02/2021 **Citation By Certified Mail**

| | | Requested By Moates, Michael | |
|---|---|---|---|
| | Lone Star College System | Served | 08/05/2021 |
| | | Anticipated Method | Certified Mail |
| | | Returned | 08/09/2021 |
| | Thomas, Leslieann | Served | 08/05/2021 |
| | | Anticipated Method | Certified Mail |
| | | Returned | 08/09/2021 |
| | Kelly, Dr. Jess | Served | 08/05/2021 |
| | | Anticipated Method | Certified Mail |
| | | Returned | 08/09/2021 |
| | Bekiaris, Dr. Hrisafia | Served | 08/05/2021 |
| | | Anticipated Method | Certified Mail |
| | | Returned | 08/09/2021 |

08/05/2021 **First Amended (Original) Petition**
  Party: Moates, Michael
08/05/2021 **Request for Issuance of**
  Citation
08/06/2021 **Citation By Certified Mail**

| | | Requested By Moates, Michael | |
|---|---|---|---|
| | Lone Star College System | Unserved | |
| | | Anticipated Method | Certified Mail |
| | Thomas, Leslieann | Unserved | |
| | | Anticipated Method | Certified Mail |
| | Kelly, Dr. Jess | Unserved | |
| | | Anticipated Method | Certified Mail |
| | Bekiaris, Dr. Hrisafia | Unserved | |
| | | Anticipated Method | Certified Mail |
| | Guevara, Alicia | Unserved | |
| | | Anticipated Method | Certified Mail |
| | Allen, Dr. Christopher | Unserved | |
| | | Anticipated Method | Certified Mail |

08/09/2021 **Request for Issuance of**
08/09/2021 **Motion for Temporary Restraining Order**
  and Temporary Injunction

Party: Moates, Michael

| | |
|---|---|
| 08/09/2021 | **Signature Confirmation Page for Certified Mailer** |
| 08/09/2021 | **Signature Confirmation Page for Certified Mailer** |
| 08/09/2021 | **Signature Confirmation Page for Certified Mailer** |
| 08/09/2021 | **Signature Confirmation Page for Certified Mailer** |

**FINANCIAL INFORMATION**

**Plaintiff** Moates, Michael
| | |
|---|---:|
| Total Financial Assessment | 853.00 |
| Total Payments and Credits | 0.00 |
| **Balance Due as of 08/10/2021** | **853.00** |
| 07/29/2021  Transaction Assessment | 317.00 |
| 08/02/2021  Transaction Assessment | 200.00 |
| 08/05/2021  Transaction Assessment | 336.00 |