IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MR. MICHAEL MOATES, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIV. A. NO. 4:21-cv-00631-SDJ-KPJ |
| | § | |
| LONE STAR COLLEGE SYSTEM, | § | |
| DR. HRISAFIA BEKIARIS, DR. JESS | § | |
| KELLY, AND LESLIEANN THOMAS, | § | |
| DR. CHRISTOPHER ALLEN, AND | § | |
| ALICIA GUEVARA, | § | |
| | § | |
| *Defendants*. | § | JURY TRIAL DEMANDED |

**Plaintiff Michael Moates and Defendant Lone Star College System's
Joint Stipulation of Dismissal with Prejudice**

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Michael Moates and Defendant Lone Star College System jointly request that the Court enter an order dismissing the above styled and numbered matter in its entirety, with prejudice. Further, the parties stipulate that each party should bear its own attorneys' fees and costs.

Respectfully submitted,

 */s/ Michael Moates*
Michael Moates
2700 Colorado Boulevard #1526
Denton, TX 76210
Phone: 817-999-7534
michaelsmoates@gmail.com

Pro Se Plaintiff

4844-4641-2790.1

        Gray Reed & McGraw LLP

        */s/ Stephen J. Quezada*
        Stephen J. Quezada
        Texas Bar No. 24076195
        Fed. I.D. No.: 1348753
        1300 Post Oak Blvd., Suite 2000
        Houston, Texas 77056
        Phone: 713-986-7215
        Fax: 713-730-5985
        squezada@grayreed.com

        Attorney-In-Charge for Defendant
        Lone Star College System

Of Counsel for Defendant
Lone Star College System:

Jacob A. Lewis
Texas Bar No. 24087924
Fed. I.D. No. 2888141
Gray Reed & McGraw LLP
4600 Thanksgiving Tower
1601 Elm Street, Suite 4600
Dallas, Texas 75201
T:  (214) 954-4135
F:  (214) 953-1332
jlewis@grayreed.com

### Certificate of Service

      I hereby certify that on August 17, 2021, the foregoing paper was served on Plaintiff Michael Moates via email and certified mail, return receipt requested, as follows:

    Michael Moates
    2700 Colorado Boulevard #1526
    Denton, TX 76210
    michaelsmoates@gmail.com

        */s/ Stephen J. Quezada*
        Stephen J. Quezada

4844-4641-2790.1