IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MR. MICHAEL MOATES, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIV. A. NO. 4:21-cv-00631-SDJ-KPJ |
| LONE STAR COLLEGE SYSTEM, DR. HRISAFIA BEKIARIS, DR. JESS KELLY, AND LESLIEANN THOMAS, DR. CHRISTOPHER ALLEN, AND ALICIA GUEVARA, | § § § § § § § | |
| *Defendants*. | § | JURY TRIAL DEMANDED |

### Order of Dismissal with Prejudice

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. The relief requested in the Joint Stipulation is GRANTED. It is therefore ORDERED that this matter is DISMISSED WITH PREJUDICE in its entirety. It is further ORDERED that each party shall bear its own costs, attorneys' fees, and expenses.