# EXHIBIT A

**Michael Moates** <michaelsmoates@gmail.com>   Tue, Aug 17, 1:58 PM (10 days ago)
to Stephen

Perfect. Just so you have it in writing, I approve the stipulated agreements to be filed with my electronic signature on my behalf pending the final signature.

Glad we could resolve this!

Sent from my iPhone

**Michael Moates, RBT, CPI**
*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
(817) 999-7534 | mmoates@email.fielding.edu