# EXHIBIT B

**Stephen Quezada**    Wed, Aug 18, 9:43 AM (9 days ago)
to me

Michael,

Please see the attached fully executed release agreement. Thanks.

...

**2 Attachments**



Confidential Relea...