# EXHIBIT C

---

**Michael Moates**
Thu 7/29/2021 6:07 PM

To: Thomas, Leslieann; Bekiaris, Hrisafia; LSC-VDAC; Guevara, Alicia; Kelly, Jess; Molina, Nancy

Out of the kindness of my heart I wanted to notify you all of my lawsuit. Of course, you will all be served in due time through Ms. Molina.

The Plaintiffs in this case are Lone Star College System, Dr. Hrisafia, Dr. Kelly, and Leslieann Thomas.

The college is herby directed to withdraw me from the BIOL 2401 course due to its unwillingness to provide me reasonable accommodations. The withdrawl does not change legal liablity in this case rather it serves to remove the course before the W deadline. That is the only purpose for withdrawing. I reserve all legal rights.

Reply    Reply all    Forward

---

**Michael Moates**
Fri 7/30/2021 9:28 PM

To: Thomas, Leslieann; Bekiaris, Hrisafia; Kelly, Jess; LSC-VDAC; Guevara, Alicia; Molina, Nancy

Please take notice that the district court accepted my lawsuit at 5:59.

... ending your continued discrimination, retaliation, and civil rights

I requested a withdrawl and instead the professor decided to give me 0's. Despite the professors promise to remove the webcam and respondus she did not. See attachment. So even if the testing cener had contacted me I would not be able to take it.

Michael Moates, MA, QMHP-T, RBT, CPI
Doctor of Education Student, Fielding Graduate University

Reply    Reply all    Forward

**Michael Moates**
Thu 7/29/2021 11:51 AM

To: Thomas, Leslieann; Bekiaris, Hrisafia
Cc: LSC-VDAC; Molina, Nancy; Guevara, Alicia; Kelly, Jess

This is my final email on the matter unless someone contacts me.

Over the weekend (unless we come to a resolution), I will be filing a lawsuit against Lone Star College for violation of the American with Disabilities Act and Section 504 of the Rehabilitation Act of 1973.

Under the law I have a disability as defined by "a physical or mental impairment that substantially limits one or more major life activities of such individual." I also notified the Office of Disability Services who put accomdations into place on 7/20.

In my petition, I plan to address that accomdations were put into place but not followed. Furthermore, I was discriminated against by being given more stringent requirements than the other students. ie the expectation of taking all the exams in one day. The expectation that my accomdations would not be followed in connect because "That is nothing I can change."

I have spent lots of time begging for these accomdations. I then request to be withdrawn and credited so I could take it in the fall and work out these issues. No one has gotten back to me on this issue.

I have been given the run around. Disability Services tells me to contact Dr. Kelly then Dr. Kelly tells me to contact disability services. Professor promises me the testing center will call me... then they supposedly send an email to a D2L account and I'm not sure where that is.

Respectfully, its enough.

I am moving forward unless I get a resolution by tomorrow morning at 11 AM. I will file in court here in Denton County, in Dallas, TX. I will have Ms. Molina served as requested.

Michael Moates, MA, QMHP-T, RBT, CPI
Doctor of Education Student, Fielding Graduate University

**Michael Moates**
Sat 8/7/2021 8:04 PM
To: Molina, Nancy
Cc: Thomas, Leslieann; Guevara, Alicia; Allen, Christopher; Kelly, Jess

Please note that the professor continues to give me 0's after requesting a withdrawal multiple times in writing. I just want to put this on the record in writing in case I have to use in court.

Since I have not completed any course work I should have been withdrawn prior to the day of record.

Nancy, I look forward to our conversation Monday.

Michael Moates, MA, QMHP-T, RBT, CPI
Doctor of Education Student, Fielding Graduate University

Reply   Reply all   Forward

---

**Michael Moates**
Sun 8/8/2021 8:03 PM
To: Molina, Nancy
Cc: Thomas, Leslieann; LSC-VDAC; Kelly, Jess; Guevara, Alicia

Hello all:

On Tuesday of next week, I will be filing for an emergency restraining order blocking the professor from continuing to try to fail me. Every time I send an email asking for a withdrawal she goes in and adds more zeros with in minutes.

Clearly this is retaliation.

Hopefully, you all can help.

Michael Moates, MA, QMHP-T, RBT, CPI
Doctor of Education Student, Fielding Graduate University

Reply   Reply all   Forward