# EXHIBIT D

**Kelly, Jess**
Thu 7/29/2021 2:38 PM

To: Michael Moates
Cc: LSC-VDAC; Guevara, Alicia; Coapland, Zack; Thomas, Leslieann; Bekiaris, Hrisafia; Molina, Nancy

Mr. Moates:

We have received your request for a refund and to be dropped from your BIOL 2401 course based on perceived issues related to accommodations. After an extensive review it has been determined that we have fully met the standard of reasonable accommodation and as a result your request has been denied. I wish you success in your future academic endeavors.

Sincerely,

**Jess Kelly, Ph.D.**
Dean of Instruction – Math and Sciences
Lone Star College – University Park
281-655-3789
*Achiever | Learner | Positivity | Developer | Belief*
https://www.lonestar.edu/UP-Division2.htm