# EXHIBIT E

**Official Day of Record:** Students that have not attended an in-class meeting or participated in an online class prior to the official day of record will be dropped from the course without exception. Official day of record for this course is **7/19/21**.