# EXHIBIT F



**Molina, Nancy**
Thu 7/29/2021 11:01 AM
To: Michael Moates

 Section VI.D.11-Student...
608 KB

 Section_VI.D.12_Student...
575 KB

2 attachments (1 MB)   Download all   Save all to OneDrive - Lone Star College

Good morning Mr. Moates:

I hope this email finds you well. My name is Nancy Molina, and I am contacting you on behalf of Mario Castillo's office. It is my understanding that you spoke with Mr. Braxton Fonner yesterday and provided him with information regarding difficulties you seemed to be encountering. I wanted to ensure that you had the attached information, which is also posted online and is readily available to all of our students. This information gives you the process followed in any requested accommodations and to the extent that you have a complaint regarding student accommodation or student civil rights issues, I have also attached those processes.

Otherwise please continue working with the offices and persons you have worked with thus far as they are in the best position to assist you.

My understanding is that you may have also mentioned filing a lawsuit against the College. If that is the case, I would be the person receiving service. My contact information is below:

Nancy Molina
Associate General Counsel
5000 Research Forest Drive
The Woodlands, Texas 77381

Best regards,
Nancy