# EXHIBIT G

**Stephen Quezada** <squezada@grayreed.com>
Tue 8/10/2021 9:34 AM
To: Michael Moates

Mr. Moates,

Gray Reed represents Lone Star College regarding the claims you have asserted against it. Please direct all future communications to my attention.

I was made aware that you attempted to serve Lone Star and the other defendants named in your lawsuit by certified mail addressed to Nancy Molina. Ms. Molina is not an agent designated or authorized to accept service on behalf of Lone Star College System or any individual or employee of Lone Star. Your attempted service is therefore not proper.

I am not authorized to accept service on behalf of Lone Star or anyone else. If you choose to pursue your lawsuit, you should properly serve Lone Star and all others you named.

I am reviewing your demand with Lone Star and will respond soon.

Stephen Quezada

Stephen Quezada
**Counsel**
Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

**Board Certified - Labor & Employment Law**
**Texas Board of Legal Specialization**

**GRAY REED**

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is
intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please
contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of
this communication by anyone other than the named recipient(s) is strictly prohibited.