# EXHIBIT H

EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event | | |
|---|---|---|---|
| 07/29/202 | Original Petition/Application<br>Filing Party: Moates, Michael | | |
| 07/29/202 | Statement of Inability to Afford Pmt of Court Costs<br>Party: Moates, Michael | | |
| 07/29/202 | Jury fee paid<br>*(This entry only represents the payment of the jury fee - not a document filed with the clerk.)* | | |
| 08/02/202 | Request for Issuance of | | |
| 08/02/202 | Citation By Certified Mail | | |
| | Lone Star College System | Served<br>Returned | 08/05/2021<br>08/09/2021 |
| | Thomas, Leslieann | Served<br>Returned | 08/05/2021<br>08/09/2021 |
| | Kelly, Dr. Jess | Served<br>Returned | 08/05/2021<br>08/09/2021 |
| | Bekiaris, Dr. Hrisafia | Served<br>Returned | 08/05/2021<br>08/09/2021 |
| 08/05/202 | First Amended (Original) Petition<br>Party: Moates, Michael | | |
| 08/05/202 | Request for Issuance of<br>*Citation* | | |
| 08/06/202 | Citation By Certified Mail | | |
| | Lone Star College System | Unserved | |
| | Thomas, Leslieann | Served<br>Returned | 08/11/2021<br>08/13/2021 |
| | Kelly, Dr. Jess | Served<br>Returned | 08/11/2021<br>08/13/2021 |
| | Bekiaris, Dr. Hrisafia | Served<br>Returned | 08/11/2021<br>08/13/2021 |
| | Guevara, Alicia | Served<br>Returned | 08/11/2021<br>08/13/2021 |
| | Allen, Dr. Christopher | Served<br>Returned | 08/11/2021<br>08/13/2021 |
| 08/09/202 | Request for Issuance of | | |
| 08/09/202 | Motion for Temporary Restraining Order<br>*and Temporary Injunction*<br>Party: Moates, Michael | | |
| 08/09/202 | Signature Confirmation Page for Certified Mailer | | |
| 08/09/202 | Signature Confirmation Page for Certified Mailer | | |
| 08/09/202 | Signature Confirmation Page for Certified Mailer | | |
| 08/09/202 | Signature Confirmation Page for Certified Mailer | | |
| 08/10/202 | Final Order/Judgment/Decree (closes entire case) (Judicial Officer: Judge, Not Required)<br>*Notice of Removal to the Untied States District Court for the Eastern District of Texas, Sherman Division*<br>for Parties: Allen, Dr. Christopher<br>for Parties: Bekiaris, Dr. Hrisafia<br>for Parties: Guevara, Alicia<br>for Parties: Kelly, Dr. Jess<br>for Parties: Lone Star College System<br>for Parties: Moates, Michael<br>for Parties: Thomas, Leslieann | | |
| 08/10/202 | Notice of Judgment/Appealable order sent to:<br>Party: Allen, Dr. Christopher<br>Party: Bekiaris, Dr. Hrisafia<br>Party: Guevara, Alicia<br>Party: Kelly, Dr. Jess<br>Party: Lone Star College System<br>Party: Moates, Michael<br>Party: Thomas, Leslieann | | |
| 08/13/202 | Service Returned<br>*Citation by Certified Mail Dr. Hrisafia Bekiaris by Nancy Molina*<br>Party: Bekiaris, Dr. Hrisafia | | |
| 08/13/202 | Service Returned<br>*Citation by Certified Mail Dr. Christopher Allen by Nancy Molina*<br>Party: Allen, Dr. Christopher | | |
| 08/13/202 | Service Returned<br>*Citation by Certified Mail Dr. Jess Kelly by Nancy Molina*<br>Party: Kelly, Dr. Jess | | |
| 08/13/202 | Service Returned<br>*Citation by Certified Mail Leslieann Thomas by Nancy Molina*<br>Party: Thomas, Leslieann | | |
| 08/13/202 | Service Returned<br>*Citation by Certified Mail Alicia Guevara by Nancy Molina*<br>Party: Guevara, Alicia | | |