# EXHIBIT I

 **Stephen Quezada**  
to me

Fri, Aug 13, 10:33 AM

Thanks. I was just about to email you. LSC agrees to the **withdrawal** for cause provision that you noted. I will make that change in the agreement. Thanks.

Stephen Quezada
**Counsel**
Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

*Board Certified - Labor & Employment Law*
*Texas Board of Legal Specialization*



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

**Withdrawal for Cause**  Inbox × 

**Stephen Quezada**     Fri, Aug 20, 1:52 PM (7 days ago)
to me ▾

Hi, Michael,

Please see the attached letter regarding **withdrawal** for **cause**.

Stephen Quezada
**Counsel**
Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

*Board Certified - Labor & Employment Law*
*Texas Board of Legal Specialization*



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

**LONE STAR COLLEGE**
**UNIVERSITY PARK**

August 20, 2021

*Via email (michaelsmoates@gmail.com)*

Michael Moates
2700 Colorado Boulevard #1526
Denton, TX 76210

RE: **Withdrawal from BIOL 2401**

Dear Mr. Moates,

This letter is to confirm that your withdrawal for good cause from BIOL 2401 has been completed.

Sincerely,

Kathy Cecil-Sanchez, Ph.D.
Vice President of Instruction
Interim Vice President of Student Success
Lone Star College-University Park

20515 SH 249
Houston, TX 77070-2607
281.401.5300
LoneStar.edu/UniversityPark

- 20 -