# EXHIBIT J

**Stephen Quezada**     Thu, Aug 26, 1:07 PM (1 day ago)
to me, Nancy, Office, Steve, Mario

Michael,

I can confirm the B grade is final and will not change.

LSC also wants me to let you know that it will continue to entertain this situation until 2pm central time, today. If you have not signed the second agreement by 2pm, central time, today, then LSC will consider it a repudiation by you and will move forward with all legal options available to it.

Regards,

Stephen