1
2

# EXHIBIT K

3   **Holds** ⓘ

4                                                                          1 row

5   | Hold | Department | |
    |---|---|---|
6   | See Administrator | Student Services | › |

7
8

9   ## Hold Details                                               ✕

10  **See Administrator**

11                    **Reason**   See Administrator

12  Contact campus Student Services for assistance.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28