# EXHIBIT L

**Stephen Quezada**    Thu, Aug 26, 3:22 PM (23 hours ago)
to me, Nancy, Office, Steve, Mario

Michael,

You must be consulting with Rudy Giuliani or Sidney Powell.

...