# **EXHIBIT 1**

# Stephen Quezada

| | |
|---|---|
| **From:** | Stephen Quezada |
| **Sent:** | Thursday, August 12, 2021 1:45 PM |
| **To:** | Michael Moates |
| **Subject:** | RE: [EXTERNAL] Emails |
| **Attachments:** | Confidential Release Agreement (Moates v. LSC) (Final 8.12.2021) 4819-6394-5718 v.1.pdf |

Michael,

Attached for your review and signature is the agreement. Please let me know if you have any questions.

Thanks.


Stephen Quezada
Counsel
Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

*Board Certified - Labor & Employment Law*
*Texas Board of Legal Specialization*



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.



**From:** Michael Moates <michaelsmoates@gmail.com>
**Sent:** Thursday, August 12, 2021 10:54 AM
**To:** Stephen Quezada <squezada@grayreed.com>
**Subject:** Re: [EXTERNAL] Emails

Awesome! I look forward to seeing it.

If you need anything further let me know.

Sent from my iPhone

**Michael Moates, RBT, CPI**
*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

1

*"Yesterday is not ours to recover but tomorrow is ours to win or lose."* - President Lyndon B. Johnson

**"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"**

On Aug 11, 2021, at 7:48 PM, Stephen Quezada <squezada@grayreed.com> wrote:

Michael,

The supplemental release will be noted in the first release.

Stephen Quezada
Counsel
Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

*Board Certified - Labor & Employment Law*
*Texas Board of Legal Specialization*

<logo_a83735f8-80ca-4a7b-81ad-3201a2d49899.jpg>

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** Michael Moates <michaelsmoates@gmail.com>
**Sent:** Wednesday, August 11, 2021 6:14 PM
**To:** Stephen Quezada <squezada@grayreed.com>
**Subject:** Re: [EXTERNAL] Emails

I have one more quick request I'm sure you were probably going to do but just to cover bases.

Saying I have the right to sign the second contract at the conclusion of the class will be in the first contract?

Michael Moates, MA, QMHP-T, RBT, CPI
Doctor of Education Student | Fielding Graduate University
Senior Member, Civil Air Patrol, US Air Force Auxiliary
State of Texas Commissioned Notary Public
(817) 999-7534 | mmoates@email.fielding.edu

LG TQ Safe Zone
ACADEMIC Freedom Advocate

On Aug 11, 2021, at 5:29 PM, Stephen Quezada <squezada@grayreed.com> wrote:

Michael,

I reviewed your emails regarding the THECB and DOJ with LSC. I believe we can resolve this matter provided that we release any such claims associated with those complaints, have your further agreement to waive any recovery that may be associated with those filings, and have a promise from you that there are no other claims pending. Please let me know if this is acceptable.

**Stephen Quezada**
**Counsel**
Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

*Board Certified - Labor & Employment Law*
*Texas Board of Legal Specialization*
<logo_a83735f8-80ca-4a7b-81ad-3201a2d49899.jpg>

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is
intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please
contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of
this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** Michael Moates <michaelsmoates@gmail.com>
**Sent:** Wednesday, August 11, 2021 12:54 PM
**To:** Stephen Quezada <squezada@grayreed.com>
**Subject:** Re: [EXTERNAL] Emails

Understood. Thank you. That was my biggest concern. I have no problem with you guys doing what you need to do and I totally respect that. I just think we finally have a good solution and didn't want to miss out on that.

Thank you for your time and due diligence.
Michael Moates, MA, QMHP-T, RBT, CPI
Doctor of Education Student | Fielding Graduate University
Senior Member, Civil Air Patrol, US Air Force Auxiliary
State of Texas Commissioned Notary Public
(817) 999-7534 | mmoates@email.fielding.edu

*LGTQ Safe Zone*
ACADEMIC Freedom Advocate

3

On Aug 11, 2021, at 12:45 PM, Stephen Quezada <squezada@grayreed.com> wrote:

Hi, Michael,

As I stated in my prior email, I needed to look into the additional complaints. I do not anticipate those being a problem, but I have been in and out of meetings all morning. I will take a look and be in touch. I think that we are close to giving a final OK, but just need to do some due diligence. I can tell you this, the current proposed terms are not going to be yanked off the table at 5pm.

**Stephen Quezada**
**Counsel**
Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

*Board Certified - Labor & Employment Law*
*Texas Board of Legal Specialization*
<logo_a83735f8-80ca-4a7b-81ad-3201a2d49899.jpg>
**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is
intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please
contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of
this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** Michael Moates <michaelsmoates@gmail.com>
**Sent:** Wednesday, August 11, 2021 12:37 PM
**To:** Stephen Quezada <squezada@grayreed.com>
**Subject:** Re: [EXTERNAL] Emails

Stephen,

Just to clarify. Now that I have said I'll accept the offer based on our phone conversation are we still trying to rush to get this done by 5? Or is there some wiggle room?

Sent from my iPhone

**Michael Moates, RBT, CPI**
*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*

4

*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

*"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson*

**"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"**

On Aug 11, 2021, at 10:10 AM, Michael Moates <michaelsmoates@gmail.com> wrote:

For all the complaints, it was the text of the petition facts. Again, I'm not even sure that I submitted it now. I do remember looking at the website though.

Sent from my iPhone

**Michael Moates, RBT, CPI**
*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

*"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson*

**"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"**

On Aug 11, 2021, at 9:49 AM, Stephen Quezada <squezada@grayreed.com> wrote:

Can you send me what you submitted to the DOJ?

Stephen Quezada
Counsel
Tel 713.986.7215 |
Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

*Board Certified - Labor & Employment Law*
*Texas Board of Legal Specialization*
<logo_a83735f8-80ca-4a7b-81ad-3201a2d49899.jpg>

CONFIDENTIALITY NOTICE: This electronic transmission and any attachments constitute confidential information which is
intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please
contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of
this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Tuesday, August 10, 2021 5:41 PM
**To:** Stephen Quezada <squezada@grayreed.com>
**Subject:** [EXTERNAL] Emails

Hello:

So I am about to send you three emails. I also made a mistake today. The two emails I read to you were from the same person at the Higher Education Coordinating Board. I can confirm they have closed out the case.

I have no documentation from the DOJ and to be honest I am wondering if I even filed a complain there or just used that to try to get help. I'm not sure. How would you like to proceed? I have no case number or anything.

6

--

**<u>Michael Moates, RBT, CPI</u>**
*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

***"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson***

"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"