# EXHIBIT 4

# Stephen Quezada

| | |
|---|---|
| From: | Michael Moates <michaelsmoates@gmail.com> |
| Sent: | Tuesday, August 17, 2021 1:58 PM |
| To: | Stephen Quezada |
| Subject: | Re: [EXTERNAL] Answer |

Perfect. Just so you have it in writing, I approve the stipulated agreements to be filed with my electronic signature on my behalf pending the final signature.

Glad we could resolve this!

Sent from my iPhone

**Michael Moates, RBT, CPI**
*Doctor of Education Student | Fielding Graduate University*
*Master of Arts in Interdisciplinary Studies Student | Liberty University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

*"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson*

**"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"**

> On Aug 17, 2021, at 11:56 AM, Stephen Quezada <squezada@grayreed.com> wrote:
>
> Hi, Michael,
>
> The agreement is queue for signature and should be signed by mid-afternoon. I will touch base soon. Thanks.
>
> Stephen Quezada
> **Counsel**
> Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
> 1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
> grayreed.com | Connect with me on LinkedIn
>
> *Board Certified - Labor & Employment Law*
> *Texas Board of Legal Specialization*
>
> <logo_a83735f8-80ca-4a7b-81ad-3201a2d49899.jpg>
>
> CONFIDENTIALITY NOTICE: This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** Michael Moates <michaelsmoates@gmail.com>
**Sent:** Monday, August 16, 2021 2:57 PM
**To:** Stephen Quezada <squezada@grayreed.com>
**Subject:** [EXTERNAL] Answer

Also, I know your answer is due tomorrow. Do you want to discuss a solution to that? Dismiss?

Michael Moates, MA, QMHP-T, RBT, CPI
Doctor of Education Student | Fielding Graduate University
Senior Member, Civil Air Patrol, US Air Force Auxiliary
State of Texas Commissioned Notary Public
(817) 999-7534 | mmoates@email.fielding.edu

*LG TQ Safe Zone*
ACADEMIC Freedom Advocate

2