# EXHIBIT 6

## Stephen Quezada

| | |
|---|---|
| **From:** | Stephen Quezada |
| **Sent:** | Tuesday, August 17, 2021 9:40 PM |
| **To:** | Michael Moates |
| **Subject:** | Stephen Quezada sent you "Filed Joint Stipulation of Dismissal and Order 8-17-2021" |
| **Attachments:** | Filed Joint Stipulation of Dismissal and Order 8-17-2021.pdf |

Michael,

Attached is the document that I filed today with permission, per your prior email.

LSC tells me that the document should be signed very soon. The chancellor has to sign these documents and it is in his desk.

**Stephen Quezada**
**Counsel**
Tel 713.986.7215 | Fax 713.730.5985 | squezada@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

*Board Certified - Labor & Employment Law*
*Texas Board of Legal Specialization*



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.