# EXHIBIT 7



**STEPHEN J. QUEZADA**
D: 713-986-7215
SQUEZADA@GRAYREED.COM

BOARD CERTIFIED – LABOR & EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

August 18, 2021

*VIA Certified Mail, RRR*

Michael Moates
2700 Colorado Boulevard #1526
Denton, TX 76210

Re: MOATES V. LONE STAR COLLEGE SYSTEM, ET AL.; IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION; CIV. A. NO. 4:21-CV-00631

Dear Mr. Moates:

    Enclosed is a filed copy of the joint stipulation of dismissal with prejudice.

    If you have any questions, please call me at (713) 986-7215.

                       Regards,

                         Stephen J. Quezada

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| MR. MICHAEL MOATES, § § *Plaintiff,* § § v. § CIV. A. NO. 4:21-cv-00631-SDJ-KPJ § LONE STAR COLLEGE SYSTEM, § DR. HRISAFIA BEKIARIS, DR. JESS § KELLY, AND LESLIEANN THOMAS, § DR. CHRISTOPHER ALLEN, AND § ALICIA GUEVARA, § § *Defendants.* § JURY TRIAL DEMANDED | |

## Plaintiff Michael Moates and Defendant Lone Star College System's Joint Stipulation of Dismissal with Prejudice

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Michael Moates and Defendant Lone Star College System jointly request that the Court enter an order dismissing the above styled and numbered matter in its entirety, with prejudice. Further, the parties stipulate that each party should bear its own attorneys' fees and costs.

Respectfully submitted,

 */s/ Michael Moates*
Michael Moates
2700 Colorado Boulevard #1526
Denton, TX 76210
Phone: 817-999-7534
michaelsmoates@gmail.com

Pro Se Plaintiff

4844-4641-2790.1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MR. MICHAEL MOATES, | § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIV. A. NO. 4:21-cv-00631-SDJ-KPJ |
| LONE STAR COLLEGE SYSTEM, DR. HRISAFIA BEKIARIS, DR. JESS KELLY, AND LESLIEANN THOMAS, DR. CHRISTOPHER ALLEN, AND ALICIA GUEVARA, | § § § § § § § | |
| *Defendants.* | § | JURY TRIAL DEMANDED |

### Order of Dismissal with Prejudice

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. The relief requested in the Joint Stipulation is GRANTED. It is therefore ORDERED that this matter is DISMISSED WITH PREJUDICE in its entirety. It is further ORDERED that each party shall bear its own costs, attorneys' fees, and expenses.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

S. Quaada

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage
$

Postmark
Here

AUG 1 8 2021

Sent To: Michael Moates
Street and: 2700 Colorado Blvd., #1526
City, Sta: Denton, Texas 76210

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 1970 0000 7812 9657