# EXHIBIT 8

# Stephen Quezada

| | |
|---|---|
| **From:** | txedCM@txed.uscourts.gov |
| **Sent:** | Tuesday, August 17, 2021 4:20 PM |
| **To:** | txedcmcc@txed.uscourts.gov |
| **Subject:** | Activity in Case 4:21-cv-00631-SDJ-KPJ Moates v. Lone Star College System et al Stipulation of Dismissal |

*[Caution: Email received from external source]*

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of TEXAS [LIVE]

### Notice of Electronic Filing

The following transaction was entered by Quezada, Stephen on 8/17/2021 at 4:19 PM CDT and filed on 8/17/2021

**Case Name:**      Moates v. Lone Star College System et al
**Case Number:**    4:21-cv-00631-SDJ-KPJ
**Filer:**          Lone Star College System
**Document Number:** 4

**Docket Text:**
**STIPULATION of Dismissal** *with Prejudice Joint* **by Lone Star College System. (Attachments: # (1) Text of Proposed Order Proposed Order)(Quezada, Stephen)**


4:21-cv-00631-SDJ-KPJ Notice has been electronically mailed to:

Michael Moates     michaelsmoates@gmail.com

Stephen Jose Quezada     stephen.quezada@odnss.com, cynthia.williamson@ogletreedeakins.com, HOUDocketing@ogletree.com, letty.anzaldua@odnss.com, Stephanie.Murrey-Alonso@ogletreedeakins.com

4:21-cv-00631-SDJ-KPJ Notice will not be electronically mailed to:

The following document(s) are associated with this transaction:

1

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=8/17/2021] [FileNumber=13112382-0] [ab429846428be60b4d563a144edf9c9ce737e8ecb2f73bb4fc788dd602913a5b394373dceb37e6dc9897e7dff015b21bfae11a532123dffd7b0b4a6f39d2b817]]

**Document description:** Text of Proposed Order Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=8/17/2021] [FileNumber=13112382-1] [6d2259d9719a25c9569147c4d7fc9c420f1af665b14706c8f724515df079124e94ac0c6fe0909a35bd4ae382ccd055c7d53716a6142df0dc2b869f57f14f72b3]]