# EXHIBIT 9

# Stephen Quezada

| | |
|---|---|
| **From:** | Michael Moates <michaelsmoates@gmail.com> |
| **Sent:** | Thursday, August 19, 2021 1:43 PM |
| **To:** | Stephen Quezada |
| **Subject:** | [EXTERNAL] Re: Stephen Quezada sent you "Filed Joint Stipulation of Dismissal and Order 8-17-2021" |

Stephen,

Will I get a letter saying the W was for cause because its not on the transcript.

Also, who do I send the second letter to? Finally, I can't talk about this arrangement per disparagement clause… if a college should ask what the good cause was… how am I to respond. Can I refer them to the final order by the court?

Michael Moates, MA, QMHP-T, RBT, CPI
Doctor of Education Student | Fielding Graduate University
Senior Member, Civil Air Patrol, US Air Force Auxiliary
State of Texas Commissioned Notary Public
(817) 999-7534 | mmoates@email.fielding.edu

*LGTQ Safe Zone*
ACADEMIC Freedom Advocate

> On Aug 18, 2021, at 9:43 AM, Stephen Quezada <squezada@grayreed.com> wrote:
>
> <Confidential Release Agreement - Fully Executed - 8.18.21.pdf>

1