# **EXHIBIT 10**

# Stephen Quezada

| | |
|---|---|
| **From:** | Michael Moates <MMOATES@my.lonestar.edu> |
| **Sent:** | Saturday, August 21, 2021 9:43 AM |
| **To:** | Thomas, Leslieann; beverly.M.Copeland@lonestar.ed; Guevara, Alicia |
| **Cc:** | Molina, Nancy; Stephen Quezada; michaelsmoates@gmail.com |
| **Subject:** | [EXTERNAL] Assignment |
| **Attachments:** | Screen Shot 2021-08-21 at 9.05.12 AM.png |

Hello all:

Just as I feared with the nutrition assignement and brought up to many of you, the professor has given me a 0 for the food log. The food log was directly releated to my disability - eating disorder. It required me to release information about my disability I am not required to do. I asked for an alternative assignment because I am not required to release information related to my disability to anyone but disability services. Please note the accomdation letter states "The student's **disability-related information**, including affiliation with our office, **is considered protected information under FERPA** and **should not be shared with anyone**" The information requested would require disclousre of my disability.

A couple of things to note:

1. I did notify disability services about this on the phone and I am assuming due to litigation they were instructed to go through Mr. Quezada who I also brought this up to.
2. Last night before she graded this assignment I have an 92 in the class now I have a 72.
3. The teacher did not grade any of my assignment she gave me a flat 0 when I did 90 percent of the work. Absent only the **information directly-releated** to my disability. The only thing being I did not release information releated to my disability - specifically food intake. I gave her the information such as calories, carbs, etc...
4. I have a 93% on exams, 100% on the final, 100% on the video essay. I know the content of this class and I had an A, now I have a low C over this assignment.
5. I have spoken to the professor. She is unwilling to accept a sample sheet whereby I create an example food log.

6. I am unwilling to sign the second agreement until this is resolved.


My hope is that we can resolve this. Please let me know how you want to procced. Futhermore, please note that persuant to VI.D.11 (c)(3) this is an informal request under the policy. I have copied the ED and DSC as required and since the litigation is an issue I have copied the attorneys. I really really hope we can resove this because I really don't want to start this process over.

Please note we are under a time crunch to get his resolved as the 31 is the deadline for the second agreement if it is going to be executed.

Here are some references showing that there is a direct correlation to food intake to my eating disorder, diagnosis, and that this is considered treatment.

1

https://www.cci.health.wa.gov.au/~/media/CCI/Consumer-Modules/Overcoming-Disordered-Eating---Part-A/Overcoming-Disordered-Eating---04---Self-monitoring.pdf
https://www.verywellmind.com/eating-disorders-self-monitoring-1138367
https://www.verywellmind.com/apps-and-eating-disorders-the-good-and-the-bad-3878432
https://tapestrync.com/resources/eating-disorder-recovery-meal-plan/

Pollert, G. A., Engel, S. G., Schreiber-Gregory, D. N., Crosby, R. D., Cao, L., Wonderlich, S. A., Tanofsky-Kraff, M., & Mitchell, J. E. (2013). The role of eating and emotion in binge eating disorder and loss of control eating. *The International Journal of Eating Disorders, 46*(3), 233-238. https://doi.org/10.1002/eat.22061

Shultes, A. (2013, ). No magic formula, but plenty of support for disordered eating.*University Wire*

*Susan Stevens Daily Herald Health Writer. (2007, ). A 4,000-calorie after-dinner snack binge eating is the most common eating disorder in the united states. conquering it requires learning a new relationship to food: All edition. Daily Herald (Arlington Heights, Ill. : Arlington Heights Ed.)*

*Sadeh-Sharvit, S., Kim, J. P., Darcy, A. M., Neri, E., Vierhile, M., Robinson, A., Tregarthen, J., & Lock, J. D. (2018). Subgrouping the users of a specialized app for eating disorders. Eating Disorders, 26(4), 361-372.* https://doi.org/10.1080/10640266.2018.1440043

Michael Moates, MA, QMHP-T, RBT, CPI
Doctor of Education Student, Fielding Graduate University