# EXHIBIT 11

**Stephen Quezada**

| | |
|---|---|
| **From:** | Michael <michaelsmoates@gmail.com> |
| **Sent:** | Friday, August 27, 2021 10:19 AM |
| **To:** | Stephen Quezada |
| **Cc:** | Molina, Nancy |
| **Subject:** | [EXTERNAL] Rule 11 |

Stephen,

You are hereby notified, pursuant to Rule 11 FRCP that I intend to set aside the judgement in our case and that I intend to file a motion for sanctions.

You applied my signature to a document for which consent was not granted. Consent to file the document was only granted should you get me a signed copy of the final agreement executed by the college.

Therefore, my signature is invalid and is a forgery. It was filed prior to me receiving the documents.

This notice gives you 21 days to take corrective action. I am also sending a copy via certified mail to your firm.

--

# Michael Moates, MA, QMHP-T, RBT, CPI
*Doctor of Education Student | Fielding Graduate University*
*Senior Member, Civil Air Patrol, US Air Force Auxiliary*
*State of Texas Commissioned Notary Public*
*(817) 999-7534 | mmoates@email.fielding.edu*

***"Yesterday is not ours to recover but tomorrow is ours to win or lose." - President Lyndon B. Johnson***

"When I was a baby child, good and bad was just a game, many years and many triumphs, they proved to me they not the same"