IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MR. MICHAEL MOATES, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIV. A. NO. 4:21-cv-00631-SDJ-KPJ |
| | § | |
| LONE STAR COLLEGE SYSTEM, | § | |
| DR. HRISAFIA BEKIARIS, DR. JESS | § | |
| KELLY, AND LESLIEANN THOMAS, | § | |
| DR. CHRISTOPHER ALLEN, AND | § | |
| ALICIA GUEVARA, | § | |
| | § | |
| *Defendants*. | § | JURY TRIAL DEMANDED |

## ORDER

Upon consideration of Plaintiff Michael Moates' Motion to Set Aside Judgment and Declare Settlement Agreement Invalid (the "Motion") [Dkt. 7], the response filed by Lone Star College System, and all applicable filings in this case, IT IS HEREBY ORDERED that the Motion is **DENIED**.