UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| MICHAEL MOATES | Case No.: 4:21-cv-00631 |
| V. | |
| LONE STAR COLLEGE, ET AL. | <u>MOTION TO WITHDRAW SET ASIDE JUDGEMENT</u> |

1. The Parties, having reached a settlement agreement to resolve the issues in this matter. Defendant Michael Moates herby withdraws the request to set aside judgement.

2. While the facts in this case remain disputed, the parties wish to resolve this without further litigation.

3. Therefore, the Plaintiff respectfully withdraws his request to set aside judgement.

4. I have given Counsel for the Defendant Stephen Quezada permission to file this on my behalf. I am currently in COVID 19 Quarantine.

5. I understand the courts order and acknowledge the case was dismissed with prejudice.

/s/ Michael Moates
Michael Moates
2700 Colorado Boulevard #1526

|   |   |
|---|---|
| 1 | Denton, TX 76210 |
| 2 | (817) 999-7534 |
|   | michaelsmoates@gmail.com |

**CERTIFICATE OF SERVICE**
This document emailed to Defendant's counsel.

/s/ Michael Moates

Michael Moates

2700 Colorado Boulevard #1526

Denton, TX 76210

(817)999-7534

michaelsmoates@gmail.com