**Stephen Quezada**

| | |
|---|---|
| **From:** | Michael Moates <michaelsmoates@gmail.com> |
| **Sent:** | Wednesday, September 15, 2021 8:43 AM |
| **To:** | Stephen Quezada |
| **Subject:** | Re: [EXTERNAL] LSC v. Moates Settlement Agreement (with Exhibit A) (9.14.2021).pdf |
| **Attachments:** | Withdraw Motion to Set Aside Judgement.pdf; Untitled attachment 00073.htm; Untitled attachment 00076.pdf; Untitled attachment 00079.htm; Untitled attachment 00082.pdf; Untitled attachment 00085.htm |

Stephen,

Please see the attached documents.

Please with my permission, file the appropriate documents immediately.

Furthermore, I withdraw all pending PIA requests and civil rights appeal.