IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL MOATES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 4:21-cv-631-SDJ-KPJ |
| | § | |
| LONE STAR COLLEGE SYSTEM, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S ORAL MOTION FOR EXTENSION OF TIME TO FILE REPLY

Pending before the Court is Plaintiff Michael Moates' ("Plaintiff") Motion to Set Aside Judgment and Declare Settlement Agreement Invalid (Dkt. 7), to which Defendants filed a Response on September 10, 2021. *See* Dkt. 8. On September 13, 2021, Plaintiff contacted the Court to request an extension of time to file his Reply. Plaintiff advised that he has been exposed to COVID-19 and instructed by his doctor to quarantine for fourteen days, beginning September 13, 2021. In light of these circumstances, the Court will construe Plaintiff's telephone request as an oral motion (the "Motion") for an extension of time to file his Reply. The Motion is hereby **GRANTED**. Plaintiff shall have until **October 4, 2021** to file his Reply.

**So ORDERED and SIGNED this 15th day of September, 2021.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE