# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **MICHAEL MOATES,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 4:21-cv-631-SDJ-KPJ |
| § | |
| **LONE STAR COLLEGE** § | |
| **SYSTEM,** *et al.*, § | |
| § | |
| **Defendants.** | |

## ORDER

On August 27, 2021, Plaintiff Michael Moates ("Plaintiff") filed a Motion to Set Aside Judgment and Declare Settlement Agreement Invalid (the "Motion to Set Aside Judgment") (Dkt. 7), to which Defendants filed a Response on September 10, 2021 (Dkt. 8).

On September 15, 2021, Plaintiff filed a Motion to Withdraw (the "Motion to Withdraw") (Dkt. 9),[1] wherein Plaintiff seeks to withdraw the Motion to Set Aside Judgment.

Upon consideration, Plaintiff's Motion to Withdraw (Dkt. 9) is hereby **GRANTED**.

**IT IS ORDERED** that Plaintiff's Motion to Set Aside Judgment (Dkt. 7) is hereby **WITHDRAWN**.

So ORDERED and SIGNED this 20th day of September, 2021.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff asked defense counsel to file the Motion to Withdraw on his behalf because Plaintiff is presently in Covid-19 quarantine. *See* Dkts. 9, 9-1.